# In the United States District Court
# for the Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    J McCloud Realty LLC,<br><br>                    Debtor. | Civil Action<br><br>Case No. 2:25-cv-06214-KBH |

**Notice of Appearance**

To the Clerk of Court:

    Please enter my appearance as attorney for Appellant Sadek Law Offices LLC in the above-captioned matter. Thank you.

Date: November 3, 2025

                                            **SADEK LAW OFFICES LLC**
                                            *Attorney for Appellant*

                                            By: /s/ Michael I. Assad
                                                  Michael I. Assad (#330937)
                                                  1500 JFK Blvd., Suite 220
                                                  Philadelphia, PA 19102
                                                  215-545-0008
                                                  michael@sadeklaw.com