# In the United States District Court
# for the Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Civil Action |
| J McCloud Realty LLC, | Case No. 2:25-cv-06214-KBH |
| Debtor. | |

**Appellant's Motion to Dismiss Appeal Under Fed. R. Bankr. P. 8023(b)**

**AND NOW**, Appellant Sadek Law Offices LLC, through its attorney, respectfully moves to dismiss this appeal under Fed. R. Bankr. P. 8023(b) and asks the Court to grant relief in the form of order attached.

Date: November 28, 2025

**SADEK LAW OFFICES LLC**
*Attorney for Appellant*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com