# In the United States District Court
# for the Eastern District of Pennsylvania

In re:                                              Civil Action

    J McCloud Realty LLC,                    Case No. 2:25-cv-06214-KBH

                  Debtor.

### Order Dismissing Appeal Under Fed. R. Bankr. P. 8023(b)

**AND NOW**, this _____ day of _____, 2025, upon consideration of Appellant Sadek Law Offices LLC's motion to dismiss this bankruptcy appeal under Fed. R. Bankr. P. 8023(b) (Doc. No. 3), it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The appeal is **DISMISSED**.

3. This matter is **REMANDED** to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

_____
Kelley Brisbon Hodge
U.S. District Judge