### In the United States District Court
### for the Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Civil Action |
| J McCloud Realty LLC, | Case No. 2:25-cv-06214-KBH |
| Debtor. | |

**Certificate of Service**

    I certify that on this date I caused the Appellant's Motion to Dismiss Appeal Under Fed. R. Bankr. P. 8023(b) to be served on all parties registered to receive notices through the CM/ECF system in this case.

Date: November 28, 2025

/s/ Michael I. Assad
Michael I. Assad (#330937)
Sadek Law Offices LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com