Form PL246 (9/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   J McCloud Realty LLC )  Case No. 25−11778−amc
 )
 )
   Debtor(s). )  Chapter: 7
 )
 )  Civil Case Number. 25−6214

## CERTIFICATE OF APPEAL FROM ORDER OF THE BANKRUPTCY JUDGE
## DATED 09/04/2025 (#113) & 10/30/2025 (#131)
## AND ENTERED ON THE DOCKET 09/04/2025 & 10/30/2025

    I, Mohung Wong, Clerk of the United States Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed on 10/29/2025 and certify that the above proceeding was properly before the Honorable Bankruptcy Judge Ashely M. Chan.

Date: December 4, 2025                                                                              For The Court

                                                                                                         Mohung Wong
                                                                                                         Clerk of Court

Parties/Counsel of Record:
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Counsel for Debtor

Michael I. Assad, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Counsel for Debtor

Maggie Soboleski, Esquire
Maggie Soboleski
1632 Ellsworth Street
Philadelphia, PA 19146
Counsel for Debtor

J McCloud Realty LLC
6111 Independence Way
Grovetown, GA 30813
Debtor

ROBERT H. HOLBER
Robert H. Holber PC
41 East Front Street
Media, PA 19063

**United States Trustee**

**Office of the United States Trustee**
**Robert NC Nix, Sr.**
**Federal Building**
**900 Market Street, Suite 320**
**Philadelphia, PA 19107**

**CLAIMS, CONVERTED, DISMISSED, APPEAL**

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 25−11778−amc

*Assigned to:* Chief Judge Ashely M. Chan
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary
No asset

*Date filed:* 05/06/2025
*Date converted:* 05/22/2025
*Debtor dismissed:* 08/06/2025
*341 meeting:* 07/30/2025
*Deadline for filing claims:* 07/15/2025
*Deadline for filing claims (govt.):* 11/03/2025

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**J McCloud Realty LLC**
6111 Independence Way
Grovetown, GA 30813
COLUMBIA−GA
Tax ID / EIN: 30−1202929

represented by **MICHAEL I. ASSAD**
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
215−545−0008
Fax : 215−545−0611
Email: michael@sadeklaw.com
*TERMINATED: 06/12/2025*

**BRAD J. SADEK**
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
215−545−0008
Fax : 215−545−0611
Email: brad@sadeklaw.com
*TERMINATED: 06/12/2025*

**MAGGIE S SOBOLESKI**
Maggie Soboleski
1632 Ellsworth Street
Philadelphia, PA 19146
215−620−2132
Email: msoboles@yahoo.com

*Trustee*
**HOLLY SMITH MILLER, ESQ.**
Gellert Seitz Busenkell & Brown LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
215−238−0012
*TERMINATED: 05/22/2025*

represented by **HOLLY SMITH MILLER, ESQ.**
Gellert Seitz Busenkell & Brown LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
215−238−0012
Email: hsmiller@gsbblaw.com

*Trustee*
**ROBERT H. HOLBER**
Robert H. Holber PC
41 East Front Street

represented by **ROBERT H. HOLBER**
Robert H. Holber PC
41 East Front Street
Media, PA 19063

Media, PA 19063  
(610) 565–5463  

(610) 565–5463  
Email: trustee@holber.com  

*U.S. Trustee*  
**United States Trustee**  
Office of United States Trustee  
Robert N.C. Nix Federal Building  
900 Market Street  
Suite 320  
Philadelphia, PA 19107  
(215)597–4411  

represented by **JOHN HENRY SCHANNE**  
DOJ–Ust  
Office of The United States Trustee  
Robert N.C. Nix Federal Building  
900 Market Street, Suite 320  
Philadelphia, PA 19107  
202–934–4154  
Email: John.Schanne@usdoj.gov  

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 09/04/2025 | 113 | Order Denying Application For Compensation (Related Doc # 57) On or before September 10, 2025, the Applicant must refund to the Debtor $6,794.50, which represents the unapplied balance of the Debtors pre–petition retainer presently held in trust by the Applicant. After transmitting the refund, the Applicant must promptly file a certification of service. (MK) (Entered: 09/04/2025) |
| 10/29/2025 | 127 | Notice of Appeal to District Court. . Fee Amount $298.00 Filed by Sadek Law Offices LLC (related document(s)113, 131). Appellant Designation due by 11/12/2025. Transmission of record on appeal to District Court Due Date: 11/26/2025. (ASSAD, MICHAEL)**Modified on 10/30/2025 to add text to entry.** (AS). (Entered: 10/29/2025) |
| 10/29/2025 | 128 | Amended Notice of Appeal Filed by MICHAEL I. ASSAD on behalf of Sadek Law Offices LLC (related document(s)127). (ASSAD, MICHAEL)**Modified on 10/30/2025 to correct text to match PDF document.** (AS). (Entered: 10/29/2025) |
| 10/30/2025 | 131 | Order: The Motion to Reconsider is DENIED for the reasons stated on the record in open Court. (Related Doc # 123) (AS) (Entered: 10/30/2025) |
| 10/30/2025 | 132 | Courts Certificate of Service Re: Order on Application for Compensation, Order on Motion To Reconsider. The following Party(s) have been notified: Case Judge – via email Case Trustee – via CM/ECF Debtor – via Regular mail through the BNC Debtors Counsel – via CM/ECF Office of the U.S. Trustee – via CM/ECF U.S. District Court – via email Brad Sadek, Esquire, Counsel for Debtor; Michael Assad, Esquire, Counsel for Debtor; Maggie Soboleski, Esquire, Counsel for Debtor; Robert H. Holber, Esquire, Trustee – via Email/CMECF J. McCloud Realty LLC, Debtor – via Regular mail through the BNC (related document(s)131, 113). (Attachments: # 1 Amended Notice of Appeal) (AS) (Entered: 10/30/2025) |
| 11/11/2025 | 138 | Motion to Extend time to File Designation and Statement Under Rule 8009 Filed by Sadek Law Offices LLC Represented by MICHAEL I. ASSAD (Counsel). (Attachments: # 1 Proposed Order) (ASSAD, MICHAEL) (Entered: 11/11/2025) |
| 11/13/2025 | 139 | Order: It is hereby ORDERED that the Motion is GRANTED. The Movant must file a designation of the items to be included in the record on appeal and a statement of the issues to be presented on or before December 1, 2025. (Related Doc 138) (AS) (Entered: 11/13/2025) |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J McCloud Realty LLC,<br><br>                              *Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

### ORDER

**AND NOW**, upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Sadek Law Offices LLC (the "Applicant") as Debtor's Attorney for the Period of 05/06/2025 through 05/22/2025, the Debtor's objection thereto, and after notice and hearing, it is hereby **ORDERED** that:

1. The Application is **DENIED**.

2. On or before September 10, 2025, the Applicant must refund to the Debtor **$6,794.50**, which represents the unapplied balance of the Debtor's pre-petition retainer presently held in trust by the Applicant.

3. After transmitting the refund, the Applicant must promptly file a certification of service.

Date: Sept. 4, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

3

Official Form 417A (12/23)

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | **J McCloud Realty LLC** | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | **25-11778-amc** | Chapter **7** |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   **Sadek Law Offices LLC**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) **Debtor's Former Attorney**

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   **Order denying application for compensation and order denying reconsideration thereof.**

2. State the date on which the judgment—or the appealable order or decree—was entered:
   **Original Order: 09/04/2025; Reconsideration Order: 10/29/2025**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **J McCloud Realty LLC**    Attorney: **Pro Se**
   **4607 Miller St.**
   **Wahiawa, HI 96786**

Official Form 417A (12/23)

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

**/s/ Michael I. Assad**
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: **October 29, 2025**

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
**Sadek Law Offices LLC**
**1500 JFK Blvd Ste 220**
**Philadelphia, PA 19102**
**215-545-0008**

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Official Form 417A (12/23)

---

**Fill in this information to identify the case:**

Debtor 1    **J McCloud Realty LLC**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　　Middle Name　　　Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number    **25-11778-amc**　　　　　　　　　　　　　Chapter    **7**
(if known)

---

# AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   **Sadek Law Offices LLC**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.　　　　For appeals in a bankruptcy case and not in an adversary proceeding.

   ☐ Plaintiff　　　　　　　　　　　　　　　　　☐ Debtor
   ☐ Defendant　　　　　　　　　　　　　　　　☐ Creditor
   ☐ Other (describe) _____　　　　　　　　☐ Trustee
   　　　　　　　　　　　　　　　　　　　　　　☒ Other (describe) **Debtor's Former Attorney**

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   **Order denying application for compensation and order denying reconsideration thereof.**

2. State the date on which the judgment—or the appealable order or decree—was entered:
   **Original Order: 09/04/2025; Reconsideration Order: 10/29/2025**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:    **J McCloud Realty LLC**    Attorney:    **Pro Se**
   　　　　　　　　　　　　　　　　　　　　　　　　　**6111 Independence Way**
   　　　　　　　　　　　　　　　　　　　　　　　　　**Grovetown, GA 30813**

---

Official Form 417A　　　Notice of Appeal and Statement of Election　　　page 1

Official Form 417A (12/23)

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Michael I. Assad
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: October 29, 2025

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Sadek Law Offices LLC
1500 JFK Blvd Ste 220
Philadelphia, PA 19102
215-545-0008

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-11778-amc

J McCloud Realty LLC,  Chapter 7

Debtor.

**ORDER**

**AND NOW**, upon consideration of the Motion to Reconsider Order Denying Fee Application, or in the Alternative, Amend Findings filed by Movant Sadek Law Offices LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **DENIED** for the reasons stated on the record in open Court..

**Date: October 30, 2025**

Ashely M. Chan
U.S. Bankruptcy Judge

Official Form 417A (12/23)

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **J McCloud Realty LLC** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 25-11778-amc | Chapter | 7 |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   **Sadek Law Offices LLC**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe)

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) **Debtor's Former Attorney**

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   **Order denying application for compensation and order denying reconsideration thereof.**

2. State the date on which the judgment—or the appealable order or decree—was entered:
   **Original Order: 09/04/2025; Reconsideration Order: 10/29/2025**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **J McCloud Realty LLC**    Attorney: **Pro Se**
   **4607 Miller St.**
   **Wahiawa, HI 96786**

---

Official Form 417A       Notice of Appeal and Statement of Election       page 1

Official Form 417A (12/23)

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Michael I. Assad                                                       Date: October 29, 2025

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Sadek Law Offices LLC
1500 JFK Blvd Ste 220
Philadelphia, PA 19102
215-545-0008

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Official Form 417A (12/23)

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **J McCloud Realty LLC** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | **25-11778-amc** | Chapter | **7** |
| (if known) | | | |

## AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   **Sadek Law Offices LLC**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe)  **Debtor's Former Attorney**

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   **Order denying application for compensation and order denying reconsideration thereof.**
2. State the date on which the judgment—or the appealable order or decree—was entered:
   **Original Order: 09/04/2025; Reconsideration Order: 10/29/2025**

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **J McCloud Realty LLC**   Attorney: **Pro Se**
   **6111 Independence Way**
   **Grovetown, GA 30813**

Official Form 417A (12/23)

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Michael I. Assad

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: October 29, 2025

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Sadek Law Offices LLC
1500 JFK Blvd Ste 220
Philadelphia, PA 19102
215-545-0008

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

*Form 256* (3/23)–doc 132 – 113, 131

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   J McCloud Realty LLC  )  Case No. 25−11778−amc
     )
   Debtor(s).  )  Chapter: 7
     )
     )

## Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [113] Order on Application for Compensation, [131] Order on Motion To Reconsider as served on October 30, 2025 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Chief Judge Ashely M. Chan | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: ROBERT H. HOLBER | CM/ECF |
| U.S. District Court | Email |
| Debtor: J McCloud Realty LLC | Regular mail through the BNC |
| Debtor's Attorney: MAGGIE S SOBOLESKI | CM/ECF |
| Other Parties: Brad Sadek, Esquire, Cousel for Debtor; Michael Assad, Esquire, Counsel for Debtor; Maggie Soboleski, Esquire, Counsel for Debtor; Robert H. Holber, Esquire, Trustee | Email or CM/ECF |
| J. McCloud Realty LLC, Debtor | Regular mail or Bankruptcy Servicing Center (BNC) |

Date: October 30, 2025

For The Court

Mohung Wong
Clerk of Court

13

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 25-11778-amc

    J McCloud Realty LLC,                            Chapter 7

                       Debtor.

**Motion to Extend Time to File Designation and Statement Under Rule 8009**

**AND NOW**, Movant Sadek Law Offices LLC moves this Court as follows:

1.      On October 29, 2025, the Movant filed a notice of appeal with respect to the Court's orders at ECF No. 113 and 131 denying its fee application and reconsideration thereof.

2.      Under Fed R. Bankr. P. 8009(a)(1)(B), the Movant must file "a designation of the items to be included in the record on appeal and a statement of the issues to be presented . . ." (the "Designation and Statement") on or before November 12, 2025.

3.      The Court may extend the time to file the Designation and Statement for good cause shown, without notice. Fed. R. Bankr. P. 9006(b).

4.      On October 30, 2025, the Movant ordered a transcript of the Court's hearing of October 29, 2025, but it has not yet arrived.

5.      Because the Movant needs the transcript to finish preparing the Designation and Statement, it respectfully requests an extension of time until December 1, 2025.

6.      Because the notice of appeal would have been timely if filed as late as November 13, 2025, an extension until December 1 does not unreasonably extend the timeline intended by the rules.[1]

---

[1] Because a two-week extension from November 13 would run until the day after Thanksgiving, the Movant respectfully requests a deadline of December 1.

Date: November 11, 2025          **SADEK LAW OFFICES LLC**

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                    Case No. 25-11778-amc

    J McCloud Realty LLC,                       Chapter 7

                    Debtor.

**Order Extending Time to File Designation and Statement Under Rule 8009**

    **AND NOW**, upon consideration of the *Motion to Extend Time to File Designation and Statement Under Rule 8009* filed by Movant Sadek Law Offices LLC, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Movant must a designation of the items to be included in the record on appeal and a statement of the issues to be presented on or before **December 1, 2025**.

Date:

                                                Ashely M. Chan
                                                Chief U.S. Bankruptcy Judge

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                         Case No. 25-11778-amc

    J McCloud Realty LLC,                    Chapter 7

                Debtor.

**Order Extending Time to File Designation and Statement Under Rule 8009**

    **AND NOW**, upon consideration of the *Motion to Extend Time to File Designation and Statement Under Rule 8009* filed by Movant Sadek Law Offices LLC, and for good cause shown, it is hereby **ORDERED** that:

1.     The Motion is **GRANTED**.

2.     The Movant must a designation of the items to be included in the record on appeal and a statement of the issues to be presented on or before **December 1, 2025**.

Date: Nov. 13, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge