IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CIVIL ACTION |
| J MCCLOUD REALTY LLC, | NO. 25-6214 |
| Debtor. | |

## O R D E R

**AND NOW**, this 17th day of December, 2025, upon consideration of Appellant Sadek Law Offices LLC's Motion to Dismiss Appeal Under Fed. R. Bankr. P. 8023(b) (ECF No. 3 (the "Motion")), it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED.**

2. The appeal is **DISMISSED.**

3. This matter is **REMANDED** to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.